## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **SYMBOLY INNOVATIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**UNDER ARMOUR, INC.,**<br><br>Defendant. | C.A. No.: 5:20-cv-00890-BYP<br><br><br>**JURY TRIAL DEMANDED** |

### JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY ALL DEADLINES

Now come Plaintiff, Symbology Innovations LLC, and Defendant, Under Armour, Inc. (collectively the "Parties"), by and through undersigned counsel and subject to the approval of this Court, and hereby file this Joint Notice of Settlement and Motion to Stay All Deadlines, and in support thereof, respectfully show the Court as follows:

All matters in controversy between the Parties have been settled in principle. The Parties are in the process of memorializing the terms of a written settlement agreement. The Parties anticipate that they will be able to perfect such terms within forty-five (45) days. Accordingly, the Parties respectfully request that the Court grant a stay of the proceedings between the Parties, including all deadlines, until August 14, 2020.

Good cause exists for granting this Joint Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

### CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Plaintiff conferred with Counsel for Defendant about the issues presented here.

Dated: July 1, 2020                                Respectfully submitted,

                                              SAND, SEBOLT & WERNOW CO., LPA

*/s/ Howard L. Wernow*
Howard L. Wernow (SBN 0089019)
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Phone: (330) 244-1174
Fax: (330) 244-1173
Howard.Wernow@sswip.com

ATTORNEY FOR PLAINTIFF


BAKER HOSTETLER LLP

*/s/Andrew E. Samuels*
Andrew E. Samuels (SBN 90189)
200 Civic Center Drive, Suite 1200
Columbus, OH 43215-4138
Telephone: (614) 228-1541
Facsimile: (614) 462-2616
asamuels@bakerlaw.com

Katrina M. Quicker
Jason P. Grier
Baker & Hostetler LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, GA 30309-7676
Telephone: (404) 459-0050
Facsimile: (404) 459-5734
kquicker@bakerlaw.com
jgrier@bakerlaw.com

ATTORNEYS FOR DEFENDANT

3

**<u>CERTIFICATE OF SERVICE</u>**

    The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on July 1, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                               */s/ Howard L. Wernow*
                                               Howard L. Wernow