**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| Symbology Innovations, LLC, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 5:20-cv-0890 |
| | ) | |
| v. | ) | Judge Benita Y. Pearson |
| | ) | |
| Under Armour, Inc., | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## NOTICE OF DISMISAL WITH PREJUDICE

Now comes, Plaintiff Symbology Innovations LLC, by and through its counsel, and pursuant to the Court's Order of Dismissal (D.E.11) and Fed. R. Civ. P. 41 (a)(1), hereby voluntarily dismisses all claims it asserted against Defendant Under Armour, Inc. in this action WITH PREJUDICE.  Under Armour, Inc. has not served an answer or a motion for summary judgment.

Dated:  August 7, 2020

Respectfully submitted,

*/s/ Howard L. Wernow*
Howard L. Wernow (SBN 0089019)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower - Suite 1100
4940 Munson Street, N. W.
Canton, Ohio 44718
Phone: 330-244-1174
Fax: 330-244-1173
howard.wernow@sswip.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on August 7, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

>*/s/ Howard L. Wernow*
>Howard L. Wernow